# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN RENE MOORE,<br><br>    Debtor,<br>_____<br>IVAN RENE MOORE,<br><br>    Appellant,<br><br>  v.<br><br>RONALD HILLS,<br>DEVRA ALLEN,<br><br>    Appellees. | Case No. 2:20-cv-10981-JWH<br><br>**ORDER TO SHOW CAUSE REGARDING APPELLANT'S FAILURE TO FILE NOTICE OF TRANSCRIPT** |

The appeal in the above bankruptcy matter has been assigned to this Court. Rule 8001(a) of the Federal Rules of Bankruptcy Procedure requires that the appellant file notice of the appeal with the Clerk of the Bankruptcy Court within 14 days of the date of entry of the Order, Judgment, or Decree from which the appeal is taken. Then, within 14 days after filing the notice of appeal, the appellant must:

    **(A)** order in writing from the reporter, as defined in Rule 8010(a)(1), a transcript of such parts of the proceedings not already on file as the appellant considers necessary for the appeal, and file a copy of the order with the bankruptcy clerk; or

    **(B)** file with the bankruptcy clerk a certificate stating that the appellant is not ordering a transcript.

Fed. R. Bankr. P. 8009(b)(1)(A)(B). Pursuant to Bankruptcy Rule 8001(a), "Failure of an appellant to take any step other than the timely filing of a notice of appeal does not affect the validity of the appeal, but is ground only for such action as the district court . . . deems appropriate, which may include dismissal of the appeal." Fed. R. Bankr. P. 8001(a).

Here, Appellant failed to complete either of the requisite steps under Bankruptcy Rule 8009(b)(1).[1] Accordingly, Appellant is ordered to show cause in writing, on or before May 3, 2021, why this appeal should not be dismissed for lack of prosecution. This OSC will be discharged if the required action has been taken by the date above.

**IT IS SO ORDERED.**

Dated: April 19, 2021

John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1] *See* Notice of Document Deficiency [ECF No. 6].