# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-10981-JWH | Date | July 25, 2022 |
| Title | In re Debtor Ivan Rene Moore | | |

---

Present: The Honorable **JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE**

| Deborah Lewman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) Order to Show Cause re Dismissal for Lack of Prosecution**

The appeal in the above bankruptcy matter has been assigned to this Court. On June 15, 2022, the Court issued a Certificate of Readiness and set a briefing schedule in this matter [ECF No. 13]. Appellant was ordered to file an opening brief no later than July 15, 2022. To date, Appellant has not filed an opening brief.

Accordingly, Appellant is hereby **ORDERED** to show cause in writing on or before **August 12, 2022**, why this appeal should not be dismissed for lack of prosecution and failure to comply with the Court's order. Failure of Appellant to make an adequate and/or timely response to this Order will result in the dismissal of the appeal.

**IT IS SO ORDERED.**

cc: Bankruptcy Court and BAP